⚫AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-30035-MAP

1. __Michael Garner__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __MCI Shirley medium Shirley MA 01464__
   Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☑ Yes   ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __A 1 dollar a day & 5 dollars a week Shirley medium MCI PO Box 1218 Shirley MA 01464__
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

    If "Yes," state the total amount.  $392.39

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_12/3/04_                    _Michael Garner_
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20041202 13:28

| Commit# : | W67388 | | | MCI SHIRLEY (MEDIUM) | | | Page: 1 |
|---|---|---|---|---|---|---|---|
| Name : | GARNER, MICHAEL, , | | | Statement From | 20040602 | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | To | 20041202 | | |
| Block : | E-1 | | | | | | |
| Cell/Bed : | 16 /16B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,776.06 | $1,748.39 | $1,226.45 | $155.25 |
| 20040602 13:21 | CI - Transfer from Club to Inmate A/c | 2883239 | | SHI | ~CANTEEN REFUND 5/25/04~W67388 GARNER,MICHAEL PERSONAL~KCN WASH ACCOUNT - Z5 | $49.89 | $0.00 | $0.00 | $0.00 |
| 20040608 22:30 | CN - Canteen | 2913001 | | SHI | ~Canteen Date : 20040608 | $0.00 | $3.65 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925727 | | SHI | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925728 | | SHI | | $0.00 | $0.00 | $0.51 | $0.00 |
| 20040610 14:56 | AT - Account Transfer | 2941268 | | SHI | ~MED COPAY~W67388 GARNER,MICHAEL PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040610 14:57 | IC - Transfer from Inmate to Club A/c | 2941269 | | SHI | ~DENTIST 6/2/04~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040615 22:30 | CN - Canteen | 2957328 | | SHI | ~Canteen Date : 20040615 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2986934 | | SHI | ~Canteen Date : 20040622 | $0.00 | $3.17 | $0.00 | $0.00 |
| 20040623 08:18 | ML - Mail | 2988687 | | SHI | ~ARLENE GARNER CVS# 7974160040 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040629 22:30 | CN - Canteen | 3014415 | | SHI | ~Canteen Date : 20040629 | $0.00 | $46.57 | $0.00 | $0.00 |
| 20040706 22:30 | CN - Canteen | 3040085 | | SHI | ~Canteen Date : 20040706 | $0.00 | $22.40 | $0.00 | $0.00 |
| 20040707 15:00 | IC - Transfer from Inmate to Club A/c | 3044463 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040707 15:01 | AT - Account Transfer | 3044465 | | SHI | ~HAIRCUT~W67388 GARNER,MICHAEL PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040713 17:10 | IS - Interest | 3073747 | | SHI | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073748 | | SHI | | $0.00 | $0.00 | $0.49 | $0.00 |
| 20040720 22:30 | CN - Canteen | 3118285 | | SHI | ~Canteen Date : 20040720 | $0.00 | $47.46 | $0.00 | $0.00 |
| 20040803 12:14 | IC - Transfer from Inmate to Club A/c | 3171723 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040803 12:14 | AT - Account Transfer | 3171722 | | SHI | ~HAIRCUT~W67388 GARNER,MICHAEL PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040811 17:03 | IS - Interest | 3207810 | | SHI | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207811 | | SHI | | $0.00 | $0.00 | $0.58 | $0.00 |
| 20040817 10:05 | IC - Transfer from Inmate to Club A/c | 3244377 | | SHI | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040817 10:05 | AT - Account Transfer | 3244376 | | SHI | ~HAIRCUT~W67388 GARNER,MICHAEL PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040826 08:52 | ML - Mail | 3288249 | | SHI | ~ARLENE GARNER/29 DURYEA ST/NO CITY GIVEN TRAV EXP 45094967137 | $80.00 | $0.00 | $0.00 | $0.00 |
| 20040831 22:30 | CN - Canteen | 3302048 | | SHI | ~Canteen Date : 20040831 | $0.00 | $49.76 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3327928 | | SHI | ~Canteen Date : 20040907 | $0.00 | $24.08 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334047 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334048 | | SHI | | $0.00 | $0.00 | $0.65 | $0.00 |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**Inmate Transaction Report**

Date : 20041202 13:28

| | | | | | Page : 2 |
|---|---|---|---|---|---|
| Commit# : | W67388 | | MCI SHIRLEY (MEDIUM) | | |
| Name : | GARNER, MICHAEL, , | | Statement From | 20040602 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | To | 20041202 | |
| Block : | E-1 | | | | |
| Cell/Bed : | 16 /16B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040928 22:30 | CN - Canteen | 3429599 | | SHI | ~Canteen Date : 20040928 | $0.00 | $5.86 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3440041 | | SHI | ~20040912 To 20040918 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040929 23:03 | PY - Payroll | 3440042 | | SHI | ~20040912 To 20040918 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3470935 | | SHI | ~20040919 To 20040925 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041006 23:04 | PY - Payroll | 3470936 | | SHI | ~20040919 To 20040925 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041013 16:59 | IS - Interest | 3499361 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3499362 | | SHI | | $0.00 | $0.00 | $0.68 | $0.00 |
| 20041013 23:02 | PY - Payroll | 3518048 | | SHI | ~20040926 To 20041002 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041013 23:02 | PY - Payroll | 3518049 | | SHI | ~20040926 To 20041002 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041015 09:43 | ML - Mail | 3527461 | | SHI | ~ARLENE GARNER/29 DURYEA ST WESTERN UNION 08-075791916 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041015 09:43 | MA - Maintenance and Administration | 3527462 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3550313 | | SHI | ~20041003 To 20041009 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041020 23:02 | PY - Payroll | 3550314 | | SHI | ~20041003 To 20041009 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041026 22:30 | CN - Canteen | 3571128 | | SHI | ~Canteen Date : 20041026 | $0.00 | $27.99 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3580121 | | SHI | ~20041010 To 20041016 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3580122 | | SHI | ~20041010 To 20041016 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041028 13:59 | IC - Transfer from Inmate to Club A/c | 3584268 | | SHI | ~APPLIANCE~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $17.00 | $0.00 | $0.00 |
| 20041103 23:03 | PY - Payroll | 3612994 | | SHI | ~20041017 To 20041023 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041103 23:03 | PY - Payroll | 3612995 | | SHI | ~20041017 To 20041023 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041109 22:30 | CN - Canteen | 3640206 | | SHI | ~Canteen Date : 20041109 | $0.00 | $19.96 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645133 | | SHI | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3645134 | | SHI | | $0.00 | $0.00 | $0.78 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3663767 | | SHI | ~20041024 To 20041030 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3663768 | | SHI | ~20041024 To 20041030 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693352 | | SHI | ~20041031 To 20041106 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041117 23:03 | PY - Payroll | 3693353 | | SHI | ~20041031 To 20041106 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041124 23:03 | PY - Payroll | 3727237 | | SHI | ~20041107 To 20041113 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041124 23:03 | PY - Payroll | 3727238 | | SHI | ~20041107 To 20041113 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041130 22:30 | CN - Canteen | 3743706 | | SHI | ~Canteen Date : 20041130 | $0.00 | $2.31 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20041202 13:28

| | | | | | | Page : 3 |
|---|---|---|---|---|---|---|
| Commit# : | W67388 | | | MCI SHIRLEY (MEDIUM) | | |
| Name : | GARNER, MICHAEL, , | | | Statement From | 20040602 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | To | 20041202 | |
| Block : | E-1 | | | | | |
| Cell/Bed : | 16 /16B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041201 08:36 | ML - Mail | 3744312 | | SHI | ~TANISHA GARNER/ 128 BRECKWOOD CIRCLE/ NO CITY TRAV EXP 44248227331 | $20.00 | $0.00 | $0.00 | $0 00 |
| 20041201 08:36 | MA - Maintenance and Administration | 3744313 | | SHI | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0 00 |
| 20041201 23:04 | PY - Payroll | 3753069 | | SHI | ~20041114 To 20041120 | $2.50 | $0.00 | $0.00 | $0 00 |
| 20041201 23:04 | PY - Payroll | 3753070 | | SHI | ~20041114 To 20041120 | $0.00 | $0.00 | $2.50 | $0 00 |
| | | | | | | $282.72 | $283.41 | $28.69 | $7 50 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $26.98 | $392.39 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $26.98 | $392.39 | $0.00 | $0.00 | $0.00 | $0.00 |