PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Massachusetts |
|---|---|---|
| Name  Michael Garner | Prisoner No. | Case No.  HDCR1998-2630&2666 |

Place of Confinement
MCI - Shirley (Medium), Harvard Road, P.O. Box 1218
Shirley, Massachusetts 01464-1218

05-30035-MAP

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Michael Garner                                        V. | Michael A Thompson, Superintendent of MCI - Shirley (Medium) |

The Attorney General of the State of:

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack ___Hampden County___
   Superior Court, 50 State Street, Springfield, MA 01102-0559

2. Date of judgment of conviction ___September 7, 1999 (current charges), November 29, 1999
   (conviction of three prior serious crimes)___

3. Length of sentence ___two concurrent sentences of 15 years to 15 years and one day, MCI- CJ___

4. Nature of offense involved (all counts) ___Two counts, Unlawful possession of a Firearm or Ammunition
   Without Identification Card, G.L. c.269, section 10(h); 10G(c) having previously been convicted
   of three violent crimes or three serious drug offenses or any combination thereof___

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty        ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☐
   (b) Judge only    ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Appeals Court__

   (b) Result __Judgement Affirmed__

   (c) Date of result and citation, if known __November 16, 2003, 59 Mass. App. Ct. 1111 (2003)__

   (d) Grounds raised __Same as in instant petition; i.e. violation of due process where conviction based on facts which did not constitute the crime charged; ineffective assistance of counsel for failure to object to inadmissible hearsay and file motion for required finding of Not Guilty__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court __Supreme Judicial Court of Massachusetts__

      (2) Result __Further Appellate Review Denied__

      (3) Date of result and citation, if known __December 29, 2003; Docket # FAR-13804__

      (4) Grounds raised __Same as in Appeals Court (see above) and in this petition__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court __N/A__

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Hampden Superior Court__

       (2) Nature of proceeding __Motion for a New Trial__

       (3) Grounds raised __Ineffective assistance of counsel (federal and state due process violation). Inadmissible hearsay__

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result    Motion Denied

    (6) Date of result    August 26, 2002

(b) As to any second petition, application or motion give the same information:

    (1) Name of court

    (2) Name of proceeding

    (3) Grounds raised

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result

    (6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☒   No ☐
    (2) Second petition, etc.    Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
<u>CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The defendant's Federal due process rights were violated when he was convicted in a jury waived trial on facts which did not consititute the crime charged.

Supporting FACTS (state *briefly* without citing cases or law): An individual other than the defendant was seen in possesion of a firearm shortely before police entered an apartment where with the aid of flashlights they observed said firearm upon and amoungst clothes on the floor about three feet inside a doorless 6.5ft. by 3ft. closet. When the officer entered the closet to retrieve the firearm he stepped on the defendant who was secreted under a pile of clothes.

B. Ground two: The defendant's trial counsel was ineffective when he failed, at the enhanced sentencing trial, to object to inadmissible hearsay and/or to file a motion for a required finding of NG

Supporting FACTS (state *briefly* without citing cases or law): Evidence by the Commonwealth's fingerprint expert, unobjected to, and admitted by the judge on the ground that an expert may rely on evidence independently admissible under the business records exception, identified an individual who had been previously booked (and convicted) of three prior offenses as the same individual who was booked on November 6, 1998. However, no evidence was introduced, at the enhanced sentencing trial, that the individual booked on November 6, 1998 was convicted of any subsequent offense.

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __N/A__

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing __Mickey E. Harris, Esq., 1350 Main Street, Springfield, MA 01103__

(b) At arraignment and plea __Same__

(6)

(c) At trial    Same as (a)

(d) At sentencing    Same as (a)

(e) On appeal    Edward B. Gaffney, Esq., P.O.Box 5092, Wayland, MA 01778

(f) In any post-conviction proceeding    Same as (e)

(g) On appeal from any adverse ruling in a post-conviction proceeding    Same as (e)

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes  ☒    No  ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes  ☐    No  ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes  ☐    No  ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____ 1/20/05
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12/21/04
Date

_____
Signature of Petitioner

(7)

| NOTICE OF ASSIGNMENT OF COUNSEL | Assignment Number C8002845-4 | COMMONWEALTH OF MASSACHUSETTS | |
|---|---|---|---|
| Date of Assignment 8/13/2004 | Judge CPCS | Court Hampden Superior Court | JurySession |

**Name of Person for whom counsel assigned**
Michael Garner

**Juv/Adult**

**Docket No.** 98-2630, 98-2666

The court has found the above-named person:

**Incarceration Status**
MCI-Shirley Medium

**Indigent** ✓
**Contribution**

**Post-Trial Criminal Case Purpose Of Assignment**
Federal Habeas

**Offense / Charge**
701    Poss. FA w/o ID, Subsq.

**Attorney Assigned**
- **BBO** 562153
- **Name** Thomas Turner
- **Address** P.O. Box 152
  Spruce Head, 04859
- **Phone** (207) 594-0960

Authorized Signature  *Denise Simonini*
Denise Simonini

Friday, August 13, 2004