UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
MICHAEL GARNER,                         )
          Petitioner,                   )
                                        )
v.                                      )        Civil Action No. 05-30035-MAP
                                        )
MICHAEL THOMPSON,                       )
          Respondent.                   )
_____)

### <u>NOTICE OF APPEARANCE</u>

Undersigned counsel hereby enters his appearance as counsel of record for Michael

Thompson, Respondent in the above-titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: May 26, 2005