```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

MICHAEL GARNER,                )
  Petitioner                   )
                                )
      v.                         )  C.A. No. 05-30035-MAP
                                )
MICHAEL THOMPSON,              )
  Respondent                   )

## SCHEDULING ORDER

### July 11, 2005

PONSOR, D.J.

    The court has received the petition for relief pursuant to 28 U.S.C. § 2254, as well as the respondent's answer and supplemental answer.

    Based on the foregoing, the court hereby orders that the respondent file his dispositive motion no later than August 31, 2005 and the petitioner file his opposition no later than October 15, 2005.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                                MICHAEL A. PONSOR
                                                U. S. District Judge