UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL GARNER,<br>　　　Petitioner,<br><br>v.<br><br>MICHAEL THOMPSON,<br>　　　Respondent. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-30035-MAP<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO FILE MEMORANDUM OF LAW IN OPPOSITION
TO PETITION FOR HABEAS CORPUS**

　　Respondent, through counsel, respectfully requests that this Court enlarge the time to file his memorandum of law in opposition to the petition for habeas corpus, and to extend the deadline to file such a memorandum to September 12, 2005. In support thereof, respondent states that:

　　1. Pursuant to this Court's Order of July 11, 2005, respondent's memorandum of law is due on August 31, 2005.

　　2. Due to the press of other business, and, in particular due to preparation for an argument in the Massachusetts Supreme Judicial Court on September 6, 2005, undersigned counsel requires a brief additional period to complete the writing and editing of the memorandum.

　　3. Respondent has not requested any other extensions of this deadline.

　　4. Undersigned counsel has conferred with counsel for petitioner, and petitioner assents to the motion.

　　For these reasons, respondent respectfully requests that this motion be allowed, and that time to file his memorandum of law in opposition to the petition be extended to September 12, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: August 30, 2005