UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

MICHAEL GARNER,
    Petitioner,
v.

MICHAEL THOMPSON,
    Respondent.

Civil Action No. 05-30035-MAP

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO FILE MEMORANDUM OF LAW IN SUPPORT OF
PETITION FOR HABEAS CORPUS**

Now comes the petitioner and moves that this Honorable Court enlarge the time for him to file his memorandum of law in support of his petition to October 31, 2005. Petitioner's memorandum is currently due on October 15, 2005. As reasons for this request petitioner states:

1. An assented to extension of time was granted the respondent for filing his memorandum.

2. Counsel for the petitioner is presently scheduled to argue before the Massachusetts Appeals Court on October 19, 2005 and needs time to prepare for that argument.

3. Counsel plans to meet with the petitioner at M.C.I. Shirley (medium), in conjunction with his trip to Boston for the appeals argument, to review personally with the client the opposition and response.

4. The requested additional time would allow for this convenient and efficient in person meeting and provide time for any modifications that may result from this consultation.

5. Counsel has conferred with counsel for the respondent and the respondent assents to this motion.

                                                Respectfully submitted,
                                                The Petitioner
                                                by his attorney,

*/s/ Thomas N. Turner*

Thomas N. Turner
P.O. Box 152
Spruce Head, ME 04859
(207) 594-0960
BBO # 562153

Dated: October 13, 2005

## CERTIFICATE OF SERVICE

I, Thomas N. Turner, attorney for the Petitioner in the above-entitled matter, hereby certify that I have sent by first class mail, postage prepaid, the above Motion to AAG David M. Lieber, Office of the Attorney General, One Ashburton Place, Boston, MA 02108, this 13th day of October 2005.

*/s/ Thomas N. Turner*

Thomas N. Turner