### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GARNER, | ) |
|  Petitioner | ) |
| | ) |
|        v. | )   C.A. No. 05-30035-MAP |
| | ) |
| MICHAEL THOMPSON, | ) |
|  Respondent | ) |

### ORDER RE: BRIEFING

October 8, 2005

PONSOR, D.J.

On November 2, 2005, the petitioner submitted his Memorandum of Law in Support of His Petition for Habeas Corpus (Docket No. 14).  If the respondent wishes to reply to this memorandum, the response will be filed no later than December 16, 2005.  The court will thereafter take the petition under advisement and rule on the papers, or will set the matter up for oral argument.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge