## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MICHAEL GARNER

    V.

MICHAEL THOMPSON          CASE NO. CA 05-30035-MAP

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the above-entitled case has been SET for A HEARING ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28:2254 on FEBRUARY 16, 2006 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

                                                     SARAH THORNTON
                                                    CLERK OF COURT

__1/13/06__                                         By: /s/ Elizabeth A. French
   Date                                             Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                           [kntchrgcnf.]
                                                                    [ntchrgcnf.]