UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GARNER, )<br><br>Petitioner, )<br><br>v. )<br><br>MICHAEL THOMPSON, )<br><br>Respondent. ) | Civil Action No. 05-30035-MAP |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent,

Michael Thompson, in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Scott A. Katz
Scott A. Katz (BBO # 655681)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2833

Dated: January 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing, including Thomas N. Turner, counsel for petitioner Michael Garner.

/s/ Scott A. Katz
Scott A. Katz