UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL GARNER

CIVIL / CRIMINAL

CASE NO. 05-30035-MAP

V.
MICHAEL A. THOMPSON

Defendant

NOTICE OF RESCHEDULING

PONSOR         D.J.

PLEASE TAKE NOTICE that the above-entitled case has BEEN RESET TO FEBRUARY 22, 2006 AT 10:30 A.M. FOR HEARING ON PETITION BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

February 1, 2006                    By:   /s/Elizabeth A. French

Date                                              Deputy Clerk