# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MICHAEL GARNER,

    Petitioner

        v.                CIVIL ACTION NO. 3:05 -30035 -MAP

MICHAEL THOMPSON

    Respondent

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Michael Thompson, against the petitioner Michael Garner, pursuant to the court's memorandum and order entered this date, denying the petitioner's petition and ordered it dismissed.

                              **SARAH A. THORNTON**,
                              CLERK OF COURT

Dated: February 23, 2006        By  /s/ *Maurice G. Lindsay*
                                   Maurice G. Lindsay
                                   Deputy Clerk

(Civil Judgment re Pet v. Resp.wpd - 11/98)
      [jgm.]