# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-30035

Micheal Gardner

v.

Micheal Thompson

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-6, 8-10, 12-25

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/15/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 23, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/24/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:05-cv-30035-MAP

Garner v. Thompson
Assigned to: Judge Michael A Ponsor
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/02/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Michael Garner**   represented by   **Thomas N Turner**
Attorney at Law
PO Box 152
8 Evergreen Lane
Spruce Head, ME 04859
207-594-0960
Fax: 207-594-0960
Email: tntlaw@midcoast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Michael A Thompson**
*Superintendent of MCI - Shirley (Medium)*

represented by   **David M. Lieber**
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: david.lieber@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Katz**
Office of the Attorney General

I hereby certify on 3/24/2006 that the foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ___
☒ original filed in my office on 3/24/2006
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: /s/ Jeanette Ramos
Deputy Clerk

One Ashburton Place
Room 1811
Boston, MA 02108
617-727-2200 x2833
Fax: 617-727-5755
Email: scott.katz@ago.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2005 | 1 | Motion to proceed IFP without prepayment of fees re writ of habeas corpus pursuant to 28:2254, filed by Michael Garner. (Lindsay, Maurice) (Entered: 02/02/2005) |
| 02/02/2005 | 2 | Judge Kenneth P. Neiman : ORDER entered granting Petitioner's 1 Motion to proceed without prepayment of fees re (28:2254) filed by Michael Garner. (Lindsay, Maurice) (Entered: 02/02/2005) |
| 02/02/2005 | 3 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Michael Garner. (Attachments: # 1 Exhibit)(Lindsay, Maurice) (Entered: 02/02/2005) |
| 02/02/2005 |  | Summons Issued as to Michael A Thompson. (Lindsay, Maurice) (Entered: 02/02/2005) |
| 04/14/2005 | 4 | US Marshal Process Receipt and Return for Michael A. Thompson, Superintendent MCI Shirley (Medium). Served on on 3/24/2005. (Finn, Mary) (Entered: 04/14/2005) |
| 05/26/2005 | 5 | NOTICE of Appearance by David M. Lieber on behalf of Michael A Thompson (Lieber, David) (Entered: 05/26/2005) |
| 05/26/2005 | 6 | ANSWER to Complaint by Michael A Thompson.(Lieber, David) (Entered: 05/26/2005) |
| 05/27/2005 | 7 | Supplemental ANSWER to Complaint by Michael A Thompson. (document not scanned)(Lindsay, Maurice) (Entered: 06/01/2005) |
| 07/11/2005 | 8 | Judge Michael A Ponsor : ORDER entered. SCHEDULING ORDER: Respondent's dispositive Motions due by 8/31/2005, and the Petitioner's opposition due no later than 10/15/05. See the attached sched. Order for complete details. cc/cl (Lindsay, |

| | | |
|---|---|---|
| | | Maurice) (Entered: 07/11/2005) |
| 08/30/2005 | 9 | Assented to MOTION for Extension of Time to September 12, 2005 to File *Memorandum of Law in Opposition to the Petition for Habeas Corpus* by Michael A Thompson.(Lieber, David) (Entered: 08/30/2005) |
| 08/31/2005 | | Judge Michael A Ponsor : ELECTRONIC ENDORSEDORDER entered granting the Respondent's 9 Motion for Extension of Time to File a resp. to the 2254 habe petition to 9/12/2005; cc/cl. (Finn, Mary) (Entered: 08/31/2005) |
| 08/31/2005 | | Set/Reset Deadlines as to Respondent's Response to the 2254 habe petition due by 9/12/2005. (Finn, Mary) (Entered: 08/31/2005) |
| 09/12/2005 | 10 | MEMORANDUM OF LAW by Michael A Thompson to 3 Petition for writ of habeas corpus (28:2254). (Lieber, David) (Entered: 09/12/2005) |
| 09/14/2005 | 11 | SECOND SUPPLEMENTAL ANSWER (Transcript) containing documents from the state court record. (not scanned) (Lindsay, Maurice) (Entered: 09/14/2005) |
| 10/17/2005 | 12 | Assented to MOTION for Extension of Time to 10/31/05 to File memo of law in support of Petition by Michael Garner. (Lindsay, Maurice) (Entered: 10/17/2005) |
| 10/20/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 12 Motion for Extension of Time to File memorandum of law in support of his petition to October 31, 2005 (French, Elizabeth) (Entered: 10/20/2005) |
| 10/31/2005 | 13 | Assented to MOTION for Second Extension of Time to 11/2/05 to File memorandum of law in support of petition by Michael Garner.(Lindsay, Maurice) (Entered: 10/31/2005) |
| 11/01/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 13 Motion for Extension of Time to 11/2/05 to File Memorandum of law in support of petitition for habeas corpus (French, Elizabeth) (Entered: 11/01/2005) |
| 11/02/2005 | 14 | Petitioner's MEMORANDUM OF LAW in support of his 3 Petition for writ of habeas corpus (28:2254). by Michael Garner (Lindsay, Maurice) (Entered: 11/03/2005) |
| 11/08/2005 | 15 | Judge Michael A Ponsor : ORDER RE: BRIEFING entered. |

|  |  | The Respondent, if he wishes, may file a reply to the Petitioner's 14 memorandum in support of his 3 Petition for writ of habeas corpus (28:2254) by 12/16/2005. The Court will thereafter take the petition under advisement and rule on the papers, or will set for oral argument; cc/cl.(Finn, Mary) (Entered: 11/08/2005) |
|---|---|---|
| 12/09/2005 | 16 | MEMORANDUM OF LAW by Michael A Thompson. (Lieber, David) (Entered: 12/09/2005) |
| 01/13/2006 | 17 | NOTICE of Hearing on Petition for writ of habeas corpus pursuant to 28:2254 Hearing set for 2/16/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 01/13/2006) |
| 01/30/2006 | 18 | NOTICE of Appearance by Scott A. Katz on behalf of Michael A Thompson (Katz, Scott) (Entered: 01/30/2006) |
| 02/01/2006 | 19 | NOTICE of Hearing on the petition for writ of habeas corpus pursuant to 28:2254 :Hearing reset to 2/22/2006 at 10:30 AM in Courtroom 1 before Judge Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 02/01/2006) |
| 02/22/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Hearing on petition (28:2254) held on 2/22/2006. Court rules from bench Petition to be dismissed - Memo to issue (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 02/22/2006) |
| 02/23/2006 | 20 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered, denying Petitioner's 3 Petition for Writ of Habeas Corpus. See the attached memo & order for complete details. cc/cl(Lindsay, Maurice) (Entered: 02/23/2006) |
| 02/23/2006 | 21 | Judge Michael A Ponsor : ORDER entered. JUDGMENT in favor of Respondent Michael Thompson against Petitioner Michael Garner. cc/cl(Lindsay, Maurice) (Entered: 02/23/2006) |
| 03/15/2006 | 22 | NOTICE OF APPEAL as to 20 Memorandum & ORDER, 21 Judgment by Michael Garner. NOTE: (FEE IS NOT PAID) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

| | | |
|---|---|---|
| | | Record due by 4/4/2006. (Lindsay, Maurice) (Entered: 03/15/2006) |
| 03/15/2006 | 23 | MOTION for Certificate of Appealability by Michael Garner. (Lindsay, Maurice) (Entered: 03/15/2006) |
| 03/15/2006 | 24 | MEMORANDUM in Support of 23 MOTION for Certificate of Appealability filed by Michael Garner. (Lindsay, Maurice) (Entered: 03/15/2006) |
| 03/17/2006 | 25 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered. The Petitioner's motion for Certificate of Appealability - 23 is DENIED; cc/cl. (Finn, Mary) (Entered: 03/17/2006) |
| 03/17/2006 | | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 03/17/2006) |