**CERTIFIED COPY**

# United States Court of Appeals
## For the First Circuit

No. 06-1521

MICHAEL GARNER,

Petitioner, Appellant,

v.

MICHAEL A. THOMPSON, SUPERINTENDENT,
MCI SHIRLEY,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: June 20, 2006

Appellant, Michael Garner, applies for a certificate of appealability ("COA") after the United States District Court for the District of Massachusetts denied his petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and denied him a COA.

Having carefully reviewed appellant's claims, we **DENY** the application for the reasons stated in the district court's March 17, 2006 memorandum and order denying appellant's motion for a COA and its February 23, 2006 memorandum and order denying his petition for writ of habeas corpus.

The appeal is **TERMINATED**.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
        Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date 6-30-6

[Cert. cc: Hon. Michael A. Ponsor and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Turner, Katz and Lieber]