**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1521

MICHAEL GARNER,

Petitioner, Appellant,

v.

MICHAEL A. THOMPSON, SUPERINTENDENT, MCI SHIRLEY,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: June 20, 2006

Appellant, Michael Garner, applies for a certificate of appealability ("COA") after the United States District Court for the District of Massachusetts denied his petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and denied him a COA.

Having carefully reviewed appellant's claims, we **DENY** the application for the reasons stated in the district court's March 17, 2006 memorandum and order denying appellant's motion for a COA and its February 23, 2006 memorandum and order denying his petition for writ of habeas corpus.

The appeal is **TERMINATED**.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kretas*
Deputy Clerk

Date: 7/11/06

By the Court:

Richard Cushing Donovan, Clerk.

By: ____MARGARET CARTER____
        Chief Deputy Clerk.

[Cert. cc: Hon. Michael A. Ponsor and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Turner, Katz and Lieber]